PS 8
(4/01)

United States District Court
District of Connecticut
FILED AT BRIDGEPORT

3-13 , 20 07
Kevin F. Rowe, Clerk
By: [signature]
Deputy Clerk

# UNITED STATES DISTRICT COURT

for

District Of Connecticut

U.S.A. vs. Robert F. Tate      Docket No.    3:06CR00307(AHN)

## Petition for Action on Conditions of Pretrial Release

COMES NOW, Nicole A. Owens, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Robert F. Tate who was placed under pretrial release supervision by the Honorable Alan H. Nevas Senior United States District Judge sitting in the court at Bridgeport, Connecticut, on the 22nd day of January, 2007 under the following conditions:

$500,000 bond secured by both co-signers and real property. In addition to the standard conditions the Court also ordered the following special conditions: 1. The defendant shall be placed in the custody of the Keystone In-Patient Treatment Program, Pennsylvania; 2. The defendant's travel shall be restricted to the District of Connecticut and Pennsylvania; 3. The defendant shall have no contact with any minors under the age of 18; 4. The defendant shall surrender his passport and other travel documents. He shall not obtain a new one while this case is pending; 5. The defendant shall participate in mental health treatment; 6. The defendant was also placed in the custody of Officer Wachowski while in transit to the Keystone Extended Care Unit; 7. The defendant shall comply with the rules and regulations of Officer Wachowski while in transit to the Keystone Extended Care Unit.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On March 12, 2007, Mr. Tate successfully completed in-patient treatment at the Keystone program. Prior to his discharge Keystone recommended that the defendant participate in a long-term, more extensive treatment program. In accordance with the recommendation by the Keystone program, Mr. Tate has been accepted to the Alpha Human Services (AHS) In-Patient Program in Minnesota. He is scheduled to enter the program on March 13, 2007. The defendant is scheduled to fly to Minnesota (accompanied by Officer Wachowski) immediately following his bond hearing. All of the finances associated with treatment program will be covered by the defendant.

PRAYING THAT THE COURT WILL ORDER the following modification: 1. The defendant shall be released to the custody of the Alpha Human Services Program Minneapolis, Minnesota ; 2. The defendant's travel shall be restricted to the District of MN & CT for Court and or legal meetings; 3. The defendant shall comply with the regulations of AHS; 4. The defendant shall be placed in the custody of Officer Wachowski while in transit to AHS & comply with his rules/regulations. All of the initial conditions of release shall remain in effect.

ORDER OF COURT             Respectfully,

Considered and ordered this \_\_\_13\_\_\_ day of \_\_\_March\_\_\_, 2007 and ordered filed and made a part of the records in the above case.

[signature]
Nicole A. Owens
U.S. Probation Officer

Alan H. Nevas
Sr. U.S. District Judge

Place

U.S.D.C. Bridgeport, Connecticut

Date \_\_\_3/13/07\_\_\_